1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DAVID S. CHANEY
Chief Assistant Attorney General
3 | ROCHELLE C. EAST
Senior Assistant Attorney General
4 | JAY C. RUSSELL
Supervising Deputy Attorney General
5 | MICHAEL J. QUINN, State Bar No. 209542
Deputy Attorney General
6 | 455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
7 | Telephone: (415) 703-5726
Fax: (415) 703-5843
8 | Email: Michael.Quinn@doj.ca.gov

9 | Attorneys for Defendants Walker, Lonero, Hood,
Prewitt, Gantt, Lima, Lewis, Elmore, Nuno, Mata,
10 | Narvaez, and Busick

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSEPH ARTHUR RODRIGUEZ,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>WARDEN M. S. EVANS, et al.,<br><br>　　　　　　　　　　　Defendants. | C 05-5068 SBA (PR)<br><br>[PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF JOSEPH ARTHUR RODRIGUEZ, CDCR No. K-66400 |

Plaintiff, **JOSEPH ARTHUR RODRIGUEZ, CDCR No. K-66400**, a necessary and material witness in proceedings in this case **beginning on March 9, 2009, at 1:00 p.m.**, is confined at the California Correctional Institution in the custody of Warden Fernando Gonzalez. In order to secure this inmate's attendance at the settlement conference scheduled for March 9, 2009 at California State Prison, Solano, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of Joseph Arthur Rodriguez, CDCR No. K-66400, to produce said inmate at **California State Prison, Solano, 2100 Peabody Road,**

[Proposed] Order & Writ of Habeas Corpus Ad Testificandum to Transport Inmate    J. A. Rodriguez v. Evans, et al.
C 05-5068 SBA (PR)

1

1  Vacaville, California 95687, the Honorable Nandor Vadas presiding, beginning on March
2  9, 2009, at 1:00 p.m.
3      ACCORDINGLY, IT IS ORDERED that:
4      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court,
5  commanding the Warden of the California Correctional Institution and the California Department
6  of Corrections and Rehabilitation to produce inmate **JOSEPH ARTHUR RODRIGUEZ,**
7  **CDCR No. K-66400,** for a settlement conference at California State Prison, Solano, at the time
8  and place above, until completion of the proceedings or as ordered by the Court, and thereafter to
9  return the inmate to the California Correctional Institution.
10     2.  The custodian is ordered to notify the Court of any change in custody of this inmate
11 and is ordered to provide the new custodian with a copy of this writ.
12 **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**
13     To: The Warden of the California Correctional Institution,
14     **YOU ARE COMMANDED** to produce inmate **JOSEPH ARTHUR RODRIGUEZ,**
15 **CDCR No. K-66400,** for a settlement conference at California State Prison, Solano at the time
16 and place above, until completion of the proceedings or as ordered by the Court, and thereafter to
17 return the inmate to the California Correctional Institution.
18     **FURTHER,** you have been ordered to notify the Court of any change in custody of this
19 inmate and to provide the new custodian with a copy of this writ.
20     **IT IS SO ORDERED.**
21
22 Dated: 2/11/09      _____
23          Nandor J. Vadas
24          United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Nandor J. Vadas]*

[Proposed] Order & Writ of Habeas Corpus Ad Testificandum to Transport Inmate     J. A. Rodriguez v. Evans, et al.
C 05-5068 SBA (PR)

2