IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ARTHUR RODRIGUEZ,<br><br>    Plaintiff,<br><br>    v<br><br>WARDEN M.S. EVANS, et al.,<br><br>    Defendants. | Case No C 05-5068 SBA<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on <u>March 9, 2009</u>. The results of that proceeding are indicated below:

(1)    The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

    ☒ Plaintiff

    ☐ Warden or warden's representative

    ☒ Office of the California Attorney General, Michael Quinn

    ☒ Other: California Department of Corrections and Rehabilitation, Jason Gatchalian

1
2  (2)    The following individuals, parties, and/or representatives did not appear:
3  (3)    The outcome of the proceeding was:
4         ☐ The case has been completely settled.
5         ☐ The case has been partially resolved and, on or before
6  _____, counsel for defendants shall file a joint stipulation specifying
7  those claims which have been resolved and those that remain to be resolved by the Court.
8         ☒ The parties agree to an additional follow up settlement to be held within 60 days
9         of summary judgment ruling
10  _____.
11         ☐ The parties are unable to reach an agreement at this time.
12  Date: 3/25/09                            _____
13                                           Nandor J Vadas
                                             United States Magistrate Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rodriguez | No. C 05-5068 |
| v. | CERTIFICATE OF SERVICE |
| Evans _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 3/25/09, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Joseph Arthur Rodriguez**
K66400
California State Prison - Solano
P.O. Box 4000
Vacaville, CA 95696-4000

RICHARD W. WIEKING, CLERK

By:/s/_____
Deputy Clerk

3