IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ARTHUR RODRIGUEZ,           Plaintiff,   v.   M. S. EVANS, et al.,           Defendants. | No. C 05-05068 SBA (PR)   **ORDER GRANTING PLAINTIFF'S SECOND REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Before the Court is Plaintiff's notice of a change of address, which will be construed as his second request for an extension of time in which to file his opposition to Defendants' Motion for Summary Judgment. Plaintiff has previously been granted an extension of time to file his opposition, which is due on May 18, 2009.

In his notice of a change of address dated April 27, 2009, Plaintiff claims that he will soon be transferred to Centinela State Prison in Imperial, California. He states that at his current place of incarceration, California Correctional Institution, he has been denied access to the law library and to his legal property. He states, "Hopefully [in the] new institution the circumstances are less awkward and I can now finally respond to Defendants['] summary judgment." (Pl.'s Notice at 1.) Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's second request for an extension of time is GRANTED. The time in which Plaintiff may file his opposition to Defendants' Motion for Summary Judgment will be extended up to and including **June 18, 2009.**

If Defendants wish to file a reply brief, they shall do so no later than **fifteen (15) days** after the date Plaintiff's opposition is filed.

**No further extensions of time will be granted in this case absent exigent circumstances**.

IT IS SO ORDERED.

DATED: 5/12/09

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.05\Rodriquez5068.grant2ndEOT.frm

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRIGUEZ,<br><br>            Plaintiff,<br><br>   v.<br><br>EVANS et al,<br><br>            Defendant. | Case Number: CV05-05068 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 14, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Arthur Rodriguez K66400
Centinela State Prison
P.O. Box 731
Imperial, CA 92251-0731

Dated: May 14, 2009

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.05\Rodriquez5068.grant2ndEOT.frm