IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ARTHUR RODRIGUEZ, | No. C 05-05068 SBA (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| M. S. EVANS, et al., | |
| Defendants. | |

Pursuant to the Court's Order of today's date granting Defendants' motions for summary judgment, judgment is hereby entered in favor of Defendants Lewis, Elmore, Walker, Prewitt, Narvaez, Gantt, Busick, Lonero, Lima, Mata, Hood, and Nuno, and against Plaintiff. The parties shall bear their own costs.

IT IS SO ORDERED.

DATED: 7/27/09

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.05\Rodriguez5068.grantMSJ.wpd