IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ARTHUR RODRIGUEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>M. S. EVANS, et al.,<br><br>    Defendants.<br>_____/ | No. C 05-05068 SBA (PR)<br><br>**ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY AS UNNECESSARY** |

    In this pro se civil rights action, Plaintiff filed a Motion for a Certificate of Appealability ("COA") and a Notice of Appeal. However, a COA, formerly known as a certificate of probable cause to appeal, is only required in a habeas corpus proceeding. See 28 U.S.C. § 2253(c). Therefore, Plaintiff's request for a COA is DENIED as unnecessary.

    This Order terminates Docket no. 85.

    IT IS SO ORDERED.

DATED: 9/2/09

                                           SAUNDRA BROWN ARMSTRONG
                                           United States District Judge

P:\PRO-SE\SBA\CR.05\Rodriguez5068.COAunnecessary.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RODRIGUEZ,

        Plaintiff,

  v.

EVANS et al,

        Defendant.

Case Number: CV05-05068 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 3, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Arthur Rodriguez K66400
Centinela State Prison
P.O. Box 731
Imperial, CA 92251-0731

Dated: September 3, 2009

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.05\Rodriguez5068.COAunnecessary.frm